*UNITED STATES BANKRUPTCY COURT*
*District of Puerto Rico*

In re:

JOSE ANTONIO SOLER DAVILA.
DIANA ROSA MALARET POL,

Debtor.

Case No. 11-300

Chapter 11

## APPLICATION FOR APPOINTMENT OF ATTORNEY FOR DEBTOR

**TO THE HONORABLE COURT:**

Comes now the debtor, Jose Antonio Soler Davila and Diana Rosa Malaret Pol, through counsel and respectfully state and pray:

1. The above captioned petition was filed on January 19, 2011 under Chapter 11 of the Bankruptcy Code.

2. Debtors are not sufficiently familiar with the law to plan and conduct the proceedings herein without competent legal counsel.

3. After conducting inquiry into the qualifications of Mayra I. Ruiz, Esq, Debtors have found that she is qualified to represent it in these proceedings. Suitably and subject to the approval of this Court, debtors retained attorney Ruiz as their counsel.

4. In accordance with Rule 2014 of the Federal Rules of Bankruptcy Procedure, debtors will compensate attorney Ruiz at an hourly rate of $50.00. Any compensation will be processed through the pertinent application and approval by the Bankruptcy Court.

5. Pursuant to Section 327 of the Bankruptcy Code, 11 U.S.C. §327, debtors hereby requests the appointment of Mayra I. Ruiz, Esq., as its attorney, to represent it during this proceeding.

**WHEREFORE**, it is respectfully preyed that this Court enters an order allowing Mayra I. Ruiz, Esq., to represent Debtors in the instant case, under the terms and conditions herein stated.

In San Juan, Puerto Rico, this 25th day of January, 2011.

**IT IS HEREBY CERTIFIED** that on this same date, I filed the foregoing with the Clerk of the Court us, which will send notification of such to all participating parties.

The Hato Rey Center, Suite 515
268 Ponce de León Ave
San Juan, Puerto Rico 00918
Tel: 787.604.8381/ Fax: 787.522.0519

_____
**Mayra I. Ruiz-Muñiz**
USDC No. 222903
mi_rm@yahoo.com